No. 22592.

THE PEOPLE OF THE STATE OF COLORADO *v*. HERBERT CHEE
(421 P.2d 732)

Decided December 19, 1966.     Rehearing denied January 16, 1967.

BERT M. KEATING, District Attorney, GREGORY A. MUELLER, Assistant, MARSHALL A. FOGEL, Deputy, DUKE W. DUNBAR, Attorney General, FRANK E. HICKEY, Deputy, for plaintiff in error.

No appearance for defendant in error.

*En Banc.*

MR. CHIEF JUSTICE SUTTON delivered the opinion of the Court.

ON December 29, 1965, Herbert Chee, defendant in

error, was charged with the crime of larceny by bailee under C.R.S. 1963, 40-5-13. On trial of the case and at the close of the People's evidence, the court directed a verdict of acquittal based upon a finding that the prosecution had failed to prove that a bailment relationship existed between Chee and the complaining witness. The People allege error as to this finding and ask our disapproval of the judgment under C.R.S. 1963, 39-7-26(2).

We have reviewed the record and agree with the trial court that no bailment existed here and that it properly directed a verdict of acquittal.

The judgment is approved.

MR. JUSTICE SCHAUER dissenting.